Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-61860 BEM  
**Case Name:** MEGHANI, AMYN AMIRALI  

**Period Ending:** 09/30/14

**Trustee:** (300130) C. BROOKS THURMOND III  
**Filed (f) or Converted (c):** 01/22/10 (f)  
**§341(a) Meeting Date:** 02/17/10  
**Claims Bar Date:** 09/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Res: 1774 Silvermere Court, Duluth, GA 30097 | 575,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Checking-Northeast Georgia Bank<br>    Account # 1000130322 | 40.00 | 0.00 |  | 0.00 | FA |
| 3 | Checking-American United Bank | 36.48 | 0.00 |  | 0.00 | FA |
| 4 | Computer, Bike, Camera, Misc. kitchen items | 450.00 | 0.00 |  | 0.00 | FA |
| 5 | Personal Clothing | 300.00 | 0.00 |  | 0.00 | FA |
| 6 | Western Reserve Life Assurance Co. of Ohio<br>    Amended on 5/3/10 to net surrender value of<br>$10,776.91  per stmt dated 10/8/09; $7,523.52 claimed<br>exempt | 32,083.85 | 24,560.33 |  | 0.00 | FA |
| 7 | Belleza Del Mar, LLC<br>    Property in Costa Rica | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Dunhill Developers, LLC<br>    Two bank accounts, two promissory notes | Unknown | 100.00 |  | 0.00 | FA |
| 9 | Meghani Charitable Foundation 3454 Shadywood Cir | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | Dunhill Investment Hwy 211, LLC | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | Judgment - vs. Krist Motors, Inc. et al.<br>    Gwinnett Superior CV # 08A-03117-8<br><br>    (See Footnote) | 465,819.20 | 465,819.20 |  | 0.00 | 465,819.20 |

Printed: 10/28/2014 02:48 PM        V.13.15

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-61860 BEM  
**Case Name:** MEGHANI, AMYN AMIRALI  
**Period Ending:** 09/30/14

**Trustee:** (300130)  C. BROOKS THURMOND III  
**Filed (f) or Converted (c):** 01/22/10 (f)  
**§341(a) Meeting Date:** 02/17/10  
**Claims Bar Date:** 09/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Judgment - vs. Atul & Salma Jiwani<br>Gwinnett Superior CV # 08A-03117-8  (See Footnote) | 266,172.21 | 266,172.21 | | 0.00 | FA |
| 13 | Auto: 2009 Acura TL | 26,630.00 | 0.00 | OA | 0.00 | FA |
| 14 | Dunhill FL Hwy 27, LLC (60%)  (u)<br>Added by Amendment 5/3/10 (doc 36)<br>Land foreclosed pre-petition | 83.00 | 83.00 | | 0.00 | FA |
| 15 | 50,000 Shares Hometown Community Bank  (u)<br>Added by Amendment 5/3/10 (doc 36)<br>Pledged as collateral for Peach State Bank loan<br>Relief from stay granted 6/22/10 | Unknown | 0.00 | | 0.00 | FA |
| 16 | Lease with Eric Smith for 1774 Silvermere Court  (u)<br>Added by Amendment 5/3/10 (doc 36) | 2,750.00 | 2,750.00 | | 0.00 | FA |
| 17 | 3454 Shady Woods Circle, Lawrenceville, GA  (u)<br>Recovered  9/15/10; sold per OE 8/12/11 | 149,000.00 | 149,000.00 | | 70,000.00 | FA |
| 18 | Late penalty per Agreement dated 6/21/2011  (u) | 3,000.00 | 0.00 | | 500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.28 | Unknown |
| 19 | **Assets**   Totals  (Excluding unknown values) | **$1,521,364.74** | **$908,484.74** | | **$70,502.28** | **$465,819.20** |

RE PROP# 11    Krist Motors, Inc. reportedly defunct; Judgment codebtor Vatsa R. Kaushik in Chapter 7 asset  
bankruptcy case #09-89157 (discharged); proof of claim filed 5/16/10; some distribution expected.

RE PROP# 12    Judgment Debtors reportedly have nothing; judgment uncollectible

Printed: 10/28/2014 02:48 PM    V.13.15

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 10-61860 BEM | Trustee: (300130) C. BROOKS THURMOND III |
| Case Name: | MEGHANI, AMYN AMIRALI | Filed (f) or Converted (c): 01/22/10 (f) |
| | | §341(a) Meeting Date: 02/17/10 |
| Period Ending: | 09/30/14 | Claims Bar Date: 09/21/11 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    Collection of asset 11
    Final tax returns; Review of claims

**Initial Projected Date Of Final Report (TFR):** March 30, 2012      **Current Projected Date Of Final Report (TFR):** March 30, 2015

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-61860 BEM  
**Case Name:** MEGHANI, AMYN AMIRALI  
**Taxpayer ID #:** **-***8840  
**Period Ending:** 09/30/14  

**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4765 - Checking Account  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 68,397.59 | | 68,397.59 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.92 | 68,292.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.68 | 68,200.99 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.82 | 68,106.17 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.48 | 68,001.69 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.06 | 67,900.63 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.15 | 67,809.48 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.28 | 67,702.20 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.37 | 67,604.83 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.99 | 67,510.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.82 | 67,404.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.48 | 67,313.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.50 | 67,207.04 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.88 | 67,107.16 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.08 | 67,017.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.17 | 66,923.91 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.68 | 66,821.23 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.11 | 66,725.12 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.77 | 66,632.35 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.43 | 66,526.92 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.49 | 66,434.43 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.92 | 66,332.51 |

**Subtotals:** $68,397.59    $2,065.08

{} Asset reference(s)    Printed: 10/28/2014 02:48 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-61860 BEM  
**Case Name:** MEGHANI, AMYN AMIRALI  

**Taxpayer ID #:** **-***8840  
**Period Ending:** 09/30/14  

**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4765 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 68,397.59 | 2,065.08 | $66,332.51 |
| | | | Less: Bank Transfers | | 68,397.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,065.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,065.08** | |

{} Asset reference(s)  
Printed: 10/28/2014 02:48 PM    V.13.15

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-61860 BEM | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | MEGHANI, AMYN AMIRALI | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******07-65 - Checking Account |
| Taxpayer ID #: | **-***8840 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 09/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/11 | {17} | Zarina Meghani | Down payment to Purchase 3454 Shady Woods Circle from Trustee per Agmt dated 6/21/11 | 1210-000 | 20,000.00 | | 20,000.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 20,000.04 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,000.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.36 | 19,961.84 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,962.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.50 | 19,915.50 |
| 09/09/11 | {17} | Zarina Meghani | Second Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 20,000.00 | | 39,915.50 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.37 | 39,916.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 39,917.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.21 | 39,852.92 |
| 10/07/11 | {17} | Zarina Meghani | Partial payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 44,852.92 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,853.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.32 | 44,767.96 |
| 11/04/11 | {17} | Zarina Meghani | Partial payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 49,767.96 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 49,768.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 106.00 | 49,662.36 |

**Subtotals :**     **$50,001.38**     **$339.02**

{} Asset reference(s)            Printed: 10/28/2014 02:48 PM    V.13.15

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-61860 BEM  
**Case Name:** MEGHANI, AMYN AMIRALI  
**Taxpayer ID #:** **-***8840  
**Period Ending:** 09/30/14  

**Trustee:** C. BROOKS THURMOND III (300130)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******07-65 - Checking Account  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/11 | {17} | Zarina Meghani | Partial payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 54,662.36 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.43 | | 54,662.79 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.46 | 54,557.33 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 54,557.56 |
| 01/24/12 | {17} | Zarina Meghani | Partial payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 59,557.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 59,557.80 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.31 | 59,436.49 |
| 02/21/12 | {17} | Zarina Meghani | Partial payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 64,436.49 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.78 | 64,316.71 |
| 03/30/12 | {17} | Zarina Meghani | Final payment of Third Installment to Purchase 3454 Shady Woods Circle from Trustee per OE 8/12/11 (Doc. 68) | 1210-000 | 5,000.00 | | 69,316.71 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.79 | 69,184.92 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.67 | 69,049.25 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.65 | 68,893.60 |
| 06/23/12 | {18} | Zarina Meghani | Installment  of late penalty per Agreement dated June 21, 2011 | 1290-000 | 100.00 | | 68,993.60 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.48 | 68,857.12 |
| 07/13/12 | {18} | Zarina Meghani | Installment of late penalty per Agreement | 1290-000 | 100.00 | | 68,957.12 |

**Subtotals :**   **$20,200.90**   **$906.14**

{} Asset reference(s)         Printed: 10/28/2014 02:48 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 10-61860 BEM | | Trustee: | C. BROOKS THURMOND III (300130) |
|---|---|---|---|---|
| Case Name: | MEGHANI, AMYN AMIRALI | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******07-65 - Checking Account |
| Taxpayer ID #: | **-***8840 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | dated June 21, 2011 | | | | |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.60 | 68,806.52 |
| 08/17/12 | {18} | Zarina Meghani | Installment of late penalty per Agreement dated June 21, 2011 | 1290-000 | 100.00 | | 68,906.52 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 145.76 | 68,760.76 |
| 09/20/12 | {18} | Zarina Meghani | Installment of late penalty per Agreement dated June 21, 2011 | 1290-000 | 200.00 | | 68,960.76 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 131.56 | 68,829.20 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.14 | 68,674.06 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.72 | 68,533.34 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.75 | 68,397.59 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030013088 20130103 | 9999-000 | | 68,397.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 70,502.28 | 70,502.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 68,397.59 | |
| | | | **Subtotal** | | 70,502.28 | 2,104.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,502.28** | **$2,104.69** | |

{} Asset reference(s)   Printed: 10/28/2014 02:48 PM   V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-61860 BEM | Trustee: | C. BROOKS THURMOND III (300130) |
| Case Name: | MEGHANI, AMYN AMIRALI | Bank Name: | The Bank of New York Mellon |
| | | Account: | ****-******07-65 - Checking Account |
| Taxpayer ID #: | **-***8840 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 09/30/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4765 | 0.00 | 2,065.08 | 66,332.51 |
| Checking # ****-******07-65 | 70,502.28 | 2,104.69 | 0.00 |
| | $70,502.28 | $4,169.77 | $66,332.51 |

{} Asset reference(s)                  Printed: 10/28/2014 02:48 PM     V.13.15